UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GASTON DURAN-ROJAS and
MITHAN SINGH,

              Petitioners,              Case No. 25-cv-14051

v.                                   Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

              Respondents.

_____/

## ORDER DISMISSING CAUSE OF ACTION

Petitioners Gaston Duran-Rojas ("Duran-Rojas") and Mithan Singh ("Singh") filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241, alleging that they were being unlawfully detained at Monroe County Jail, in violation of the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment. (ECF Nos. 1, 2.)

On January 29, 2026, the Court ordered respondents to immediately release Duran-Rojas and Singh from custody, or in the alternative, provide them with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) on or before February 5,

2026. (ECF No. 12.) The Court further ordered respondents to file a status report regarding Vasquez Perez on or before February 12, 2026. (*Id.*)

On February 12, 2026, respondents filed a status report, wherein they advised the Court that the immigration court held a bond hearing for Singh on February 3, 2026, but the immigration court denied his request for release on bond because it found that he failed to show that he is not a flight risk. (ECF No. 13.) In that status report, respondents advised the Court that the immigration court held a bond hearing for Duran-Rojas on February 5, 2026 and issued an order to release him on bond. (*Id.*)

Accordingly, as Duran-Rojas and Singh have been granted the relief they requested in the form of an individualized bond hearing, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**<u>s/Jonathan J.C. Grey</u>**
JONATHAN J.C. GREY
DATE: February 28, 2026            United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 28, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager